AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

HOWARD LEE WHITE, et al.,

    Plaintiffs,  JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00255-BES-VPC**

DAVID HANKE, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim upon which relief can be granted.

   November 7, 2007                                        **LANCE S. WILSON**
                                                                           Clerk

                                                                            /s/ Daniel R. Morgan
                                                                            Deputy Clerk